was irreconcilably conflicting. The Special Term adopted fifteen per cent as a fair rental return and capitalized this percentage without proof upon which to base this percentage of rental return. A triable issue of fact as to value was presented on which common-law proof should have been taken. (*N. Y. Life Ins. Co.* v. *Guttag Corp.*, 265 N. Y. 292.) Order and judgment reversed on the law and facts, and matter remitted to the Ulster County Special Term to proceed upon notice in accordance with this decision. Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ., concur.

JOSEPH S. STERLING and Another, Respondents, v. NEW YORK STATE ELECTRIC AND GAS CORPORATION and Others, Appellants.— Order affirmed, without costs. Matter considered on the merits. The stipulation extending the time to answer is construed as extending the time not only to answer but also to move or otherwise plead. Respondents state their position to be that there is only one cause of action, and that paragraphs 8 and 9 of the complaint are pleaded as special damages to the riparian owner. The paragraphs mentioned seem to apply to a separate parcel of land. Irrespective of the seeming inadmissibility of evidence thereunder that question is, in the first instance, to be passed upon by the trial court. Hill, P. J., Rhodes, Crapser and Heffernan, JJ., concur; Bliss, J., concurs in the result, except as to costs, and votes to award costs to the plaintiffs to abide the event.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR H. ELLIS, as Executor, etc., of JACOB H. ELLIS, Deceased, Relator, v. JOHN W. BYRNE, Commissioner of Assessments and Taxation of the City of Troy, N. Y., and Others, Appellants.— Respondents appeal from order denying their motion to quash writ of certiorari issued under section 291 of the Tax Law to review assessment of real estate, on the ground that a certified copy of the writ had not been served on them. A certified copy of the order was served. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY E. HAMLIN, Respondent, v. RICHARD J. LEWIS, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants. (Assessment of 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAURA WOOLLARD, Respondent, v. RICHARD J. LEWIS, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants. (Assessment of 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIZABETH MORRIS, Respondent, v. RICHARD J. LEWIS, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants. (Assessment of 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA READ EVORY, Respondent, v. RICHARD J. LEWIS, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants. (Assessment of 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB Y. READ, Respondent, v. RICHARD J. LEWIS, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants. (Assessment of 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB Y. READ, Life Tenant and as Executor, etc., of MARY S. READ, Respondent, v. RICHARD J. LEWIS, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants. (Assessment of 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM E. WOOLLARD, JR., Respondent, v. RICHARD J. LEWIS, as Commissioner of Assessments of the City of

Albany, New York, and Others, Appellants. (Assessment of 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELEANOR S. HAMLIN (WILLIAM E. WOOLLARD, JR., Substituted Relator), Respondent, v. RICHARD J. LEWIS, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants. (Assessment of 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM E. WOOLLARD, Respondent, v. RICHARD J. LEWIS, as Commissioner of Assessments of the City of Albany, New York, and Others, Appellants. (Proceeding No. 2.) (Assessment of 1933.) — Motion in each case for reargument denied, with ten dollars costs in one motion. Motion in each case for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

BENJAMIN B. ST. JOHN, as Administrator, etc., of AGNES ST. JOHN, Deceased, Respondent, v. M. MORAN TRANSPORTATION LINES, INC., and C. J. LAPE Co., INC., Appellants.— Motion by each defendant for reargument denied, with ten dollars costs against each defendant. Motion by each defendant for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

FANNIE L. PARKER, as Administratrix, etc., of JOHN A. PARKER, Deceased, Appellant, v. THE DELAWARE AND HUDSON RAILROAD CORPORATION, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TOWNS OF BEDFORD, NORTH SALEM and Others, Relators, v. THE STATE TAX COMMISSION and MARK GRAVES and Others, Constituting the State Tax Commission, and THE CITY OF YONKERS and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.